**Order entered June 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00324-CV

### IN THE INTEREST OF B.H. AND J.H., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-16-00779-X

## ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. Before the Court is appellee's June 21, 2019 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **Monday, July 15, 2019**. We caution appellee that further extension requests will be strongly disfavored.

/s/     BILL WHITEHILL
         JUSTICE